

# United States District Court
# Eastern District of California

| United Farm Workers | Case Number: 1:25-cv-01614-KES-CDB |

Plaintiff(s)

V.

U.S. Dep't of Labor; Secretary of Labor Lori Chavez-DeRemer; Acting Assistant Secretary for Employment and Training, Labor Lori Frazier Bearden

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Lori Johnson** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

United Farm Workers

On **08/23/1997** (date), I was admitted to practice and presently in good standing in the **State of North Carolina** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **11/21/2025**                Signature of Applicant: /s/ **Lori Johnson**

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Lori Johnson |
| Law Firm Name: | Farmworker Justice |
| Address: | 1126 16th St. NW |
| | Suite 507 |
| City: | Washington   State: DC   Zip: 20036 |
| Phone Number w/Area Code: | (202) 800-2522 |
| City and State of Residence: | Holly Springs, North Carolina |
| Primary E-mail Address: | ljohnson@farmworkerjustice.org |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Edgar Iván Aguilasocho |
| Law Firm Name: | Martínez Aguilasocho Law, Inc. |
| Address: | P.O. Box 1998 |
| City: | Bakersfield   State: CA   Zip: 93303 |
| Phone Number w/Area Code: | (661) 859-1174   Bar #: 285567 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 1, 2025

_____
JU.S. Magistrate Judge Christopher D. Baker