Kuntal Cholera*
Covington & Burling LLP
850 Tenth Street NW
Washington, DC 20001
kcholera@cov.com
*Admitted pro hac vice

*Attorney for Plaintiffs*

(additional counsel listed on signature page)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| UNITED FARM WORKERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR;<br><br>LORI CHAVEZ-DEREMER, in her official capacity as Secretary of Labor;<br><br>LORI FRAZIER BEARDEN, in her official capacity as Acting Assistant Secretary for Employment and Training<br><br>Defendants. | Civil Case No.: 1:25-cv-1614<br><br>**NOTICE OF MOTION FOR PLAINTIFFS' MOTION FOR A SECTION 705 STAY AND PRELIMINARY INJUNCTION**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**SCHEDULING STIPULATION TO FOLLOW** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at the earliest practical date to be set by the Court, Plaintiffs United Farm Workers, UFW Foundation, Irene Mendoza, Claudia Garcia, Cristano Serrano, Yesenia Contreras Cervantes, Jose Cruz, Jane Doe I, Jane Doe II, John Doe I, Francisco Alvares Flores, Juan Manuel Flores Ayala, Aaron Grimaldo, Margaret DeAnda Magallon, Carina Martinez, Evelyn Medina, Isabel Rinton Panfilo, Celeste Whittle, Fortino Lopez, and Jesus Lopez, by and through their attorneys,

respectfully move the Court for a stay of, and preliminary injunction preventing Defendants United States Department of Labor ("DOL"), Lori Chavez-DeRemer, and Lori Frazier Bearden from implementing or otherwise taking any action to enforce, the Interim Final Rule DOL published in the Federal Register on October 2, 2025.

    This Motion is supported by the accompanying Memorandum of Points and Authorities, the Declarations of Teresa Romero, Irene Mendoza, Claudia Garcia, Crisanto Serrano, Fortino Lopez, Jose Cruz, and Aaron Grimaldo, and such other written or oral argument as may be presented at or before the time this motion is taken under submission by the Court.

    Thus far, no attorney has noticed an appearance for Defendants in this matter, and thus Plaintiffs were unable to meet-and-confer with their counsel as per the Court's standing order. Plaintiffs will serve a copy of these motion papers upon the U.S. Attorneys' Office for the Eastern District of California, and will attempt to negotiate a mutually acceptable briefing schedule.

DATED: December 22, 2025                        Respectfully submitted,

/s/ *Kuntal Cholera*
Kuntal Cholera*
Tom Plotkin*
Mark Andrews-Lee*
Christina Coleburn*
Lindsay Williams*
Sela Carrington**
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5367
kcholera@cov.com
tplotkin@cov.com
mandrewslee@cov.com
ccoleburn@cov.com
liwilliams@cov.com
scarrington@cov.com
*Admitted pro hac vice
** Pro hac vice application forthcoming

1

Mario Martinez, Esq.
Edgar Aguilasocho, Esq.
Martinez Aguilasocho Law, Inc.
P.O. Box 1998
Bakersfield, CA 93303
Phone: 661-859-1174 | Fax: 661-840-6154
mmartinez@farmworkerlaw.com
eaguilasocho@farmworkerlaw.com
info@farmworkerlaw.com

Lori Johnson*
Rebecca Rosefelt*
Farmworker Justice
1126 16th St. NW, Suite 507
Washington, DC 20036
ljohnson@farmworkerjustice.org
rrosefelt@farmworkerjustice.org

Verónica Meléndez (SBN 294106)
Cecilia Guevara Langberg (SBN 307159)
California Rural Legal Assistance Foundation
2210 K Street, Suite 201
Sacramento, CA 95816
Tel: (916) 446-7905
Fax: (916) 446-3057
vmelendez@crlaf.org
cguevarazamora@crlaf.org

*Attorneys for Plaintiffs*