UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, *et al.*,<br><br>       Plaintiffs,<br><br>       v.<br><br>THE UNITED STATES DEPARTMENT OF LABOR;<br><br>LORI CHAVEZ-DEREMER, in her official capacity as Secretary of Labor;<br><br>LORI FRAZIER BEARDEN, in her official capacity as Acting Assistant Secretary for Employment and Training<br><br>       Defendants | Civil Case No.: 1:25-cv-01614-KES-SKO<br><br>**DECLARATION OF TERESA ROMERO** |

## DECLARATION OF TERESA ROMERO

I, Teresa Romero, declare as follows:

1.  I am the President of the United Farm Workers ("UFW").

2.  The UFW represents thousands of farmworkers across the country and is dedicated to improving wages, working conditions, and economic stability for agricultural workers.

3.  UFW has thousands of farmworker members in California, Oregon, Washington, and New York who are employed under collective bargaining agreements, and many of whom spend part of each year working for employers that do not have a collective bargaining agreement.

4.  UFW also has direct members who pay membership dues but do not work under a collective bargaining agreement in California, Arizona, Oregon, Washington, and New York.

5.  In the majority of the states, UFW also has non-dues paying members.  The UFW created and maintains active farm worker specific social media groups that tens of thousands of farm workers

choose to enroll in to receive information and interact with other farm workers. Farm worker participants in these groups consistently request agricultural job opportunities in states outside of where they are living.

6. Because the UFW has members and engages with farm workers in the majority of the states, a stay or a preliminary injunction that is not universal would result in the Interim Final Rule and its wage cuts harming UFW members in states where the stay or injunction does not apply. This would destabilize the incomes of UFW members, making it more difficult, if not impossible, for them to afford food, rent, healthcare, and other basic needs for subsistence. It would also divert significant staff time and resources from the UFW in order to respond to its members' urgent needs and interfere with our core mission.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 21, 2025, in Keene, California.

/s/_____

DECLARATION OF TERESA ROMERO