UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE UNITED STATES DEPARTMENT OF LABOR;<br><br>LORI CHAVEZ-DEREMER, in her official capacity as Secretary of Labor;<br><br>LORI FRAZIER BEARDEN, in her official capacity as Acting Assistant Secretary for Employment and Training<br><br>    Defendants | Civil Case No.: 1:25-cv-01614-KES-SKO<br><br>**DECLARATION OF JOSE CRUZ** |

## **DECLARATION OF JOSE CRUZ**

I, Jose Cruz, declare as follows:

1.  I am a lawful permanent resident and have worked as a farmworker for 26 years.

2.  I have worked in wine grapes for the last 26 years.

3.  I have generally worked eight hours a day, often in challenging weather. During the summer, the heat becomes unbearable because we work in the middle of the vineyards where the branches and leaves block air flow. The lack of air flow makes the temperature inside of the field feel 10 to 15 degrees hotter than the actual weather, which can feel suffocating. Duties like cleaning the grapevines are especially challenging, since it requires us to hunch over or kneel for long periods of time. In the fall, strong winds, rain, and dropping temperatures make the work increasingly difficult. With the winds in particular, the strong winds lift the dirt into the air, making it hard to

DECLARATION OF JOSE CRUZ

breathe due to the amount of dust we inhale. Winter conditions present additional dangers, including poor visibility of potholes, loose vines, and branches on the ground, which increase the risk of slipping or falling. During this season, we also prune wine grapes using air-powered tools connected to hoses with scissor-like attachments, working in a line of 10-12 other workers while keeping pace with a moving tractor. In icy and windy conditions, the hoses often get caught in the vines, creating delays, increasing the risk of falls, and at times requiring us to stop or replace broken tools.

4.  I currently live and work in Sunnyside, Washington.

5.  My last hourly wage was $20.93 in Washington. This was for the role of a Chemical Sprayer/Tractor Driver, where the Adverse Effect Wage Rate (AEWR) was $19.82.

6.  Under the IFR, the AEWR applicable to my last job would have been $16.53, which is a cut of 16.6% to the AEWR and a cut of 21.02% of what I last received.

7.  I anticipate continuing to seek positions where I would operate machinery, drive tractors. Prior to the Interim Final Rule ("IFR"),[1] the AEWR applicable to those roles would have been $19.82, but under the IFR, the AEWRs would be $16.53.

8.  The anticipated cuts to my wages due to the IFR will substantially and irreparably harm me and my family. Those wage cuts will negatively impact my ability to pay for food, housing, and transportation. At $20.93 an hour, it is already hard enough to pay for food. With the wage cuts, it would make it even more difficult to meet our basic needs, forcing me to significantly reduce essential expenses. Currently, I spend $400 on groceries every two weeks for my family of three. However, I would have to reduce that amount by $200 and limit our food to only the most necessary such as eggs, beans, milk, and vegetables. Paying rent would also become increasingly

[1] 90 Fed. Reg. 47914 (Oct. 2, 2025).

DECLARATION OF JOSE CRUZ

difficult. I was paying $1,100 each month for the home where we lived, but out of economic need, we had to move in with my father, where I help with the rent and bills for that house. Covering the costs for gas would be a challenge and would require choosing between bills. Overall, I would be forced to live with only the bare minimum, prioritizing only what is necessary to survive and eliminate nonessential expenses like outings or trips. The resulting harms to my family's health and safety cannot be remedied by an injunction against the IFR that comes only on a final judgment entered many months from now.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 18, 2025, in Sunnyside, Washington.

/s/ ___Jose Cruz___

DECLARATION OF JOSE CRUZ