UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED FARM WORKERS, *et al.*,

    Plaintiffs,

    v.

THE UNITED STATES DEPARTMENT OF LABOR;

LORI CHAVEZ-DEREMER, in her official capacity as Secretary of Labor;

LORI FRAZIER BEARDEN, in her official capacity as Acting Assistant Secretary for Employment and Training

    Defendants

Civil Case No.: 1:25-cv-01614-KES-SKO

**DECLARATION OF FORTINO LOPEZ**

## DECLARATION OF FORTINO LOPEZ

I, Fortino Lopez, declare as follows:

1. I am a U.S. citizen and have worked as a farmworker for 40 years.

2. I have worked in wine grapes for the last 20 years. In total, I have worked in agriculture for 40 years picking apples, asparagus, cherries, hops, pears, and grapes.

3. I have generally worked 8 hours a day, often in the rain, extreme winds, snow, and extreme heat. When it rains it is difficult to see because the downpour mixes with dirt on my safety glasses and blurs my vision. In strong winds, driving my tractor is challenging, especially when transporting 10-12 workers who prune the wine grapes using hoses attached to the tractor with scissor-like tools. In these conditions, both the workers and I often get caught in the grape plants. Working in the snow leaves us cold and soaked. By the end of the day, my body and feet ache. In extreme heat, our clothes become drenched with sweat, our skin burns, and we must cover ourselves with

DECLARATION OF FORTINO LOPEZ

long sleeves, jeans, and bandanas to cover our faces. Many workers have suffered from heat illness, sometimes to the point of fainting.

4. I currently live and work in Sunnyside, Washington.

5. My last hourly wage was $20.90 in Washington. This was for the role of a Tractor Driver, where the Adverse Effect Wage Rate (AEWR) was $19.82.

6. Under the IFR, the AEWR applicable to my last job would have been $16.53, which is a cut of 16.6% to the AEWR and a cut of 20.9% of what I last received.

7. I anticipate continuing to seek positions where I would be a tractor driver in agriculture or driving a forklift at fruit/vegetable factories. Prior to the Interim Final Rule ("IFR"),[1] the AEWR applicable to those roles would have been $19.82, but under the IFR, the AEWRs would be $16.53.

8. The anticipated cuts to my wages due to the IFR will substantially and irreparably harm me and my family. Those wage cuts will negatively impact my ability to pay for food, housing, and transportation. They would also make it difficult to cover living expenses and expenses relating to health care and my children's education. Currently, I spend $200 per week on food, but if my wages are cut, I would be forced to reduce that to $50 a week and purchase only necessities such as rice, beans, milk, and limited fresh produce. It would not be sufficient to feed my family. My wife has lived with Type 2 diabetes for more than 15 years, and our family depends on having reliable health insurance to ensure she can properly manage her condition. She must take daily medication to control her diabetes. With insurance, we approximately pay $30 per month for her medication. Without coverage, the cost would increase to about $300 per month, which would be unaffordable for our family, especially with wage cuts. My 20-year-old daughter attends Lewis-

[1] 90 Fed. Reg. 47914 (Oct. 2, 2025).

DECLARATION OF FORTINO LOPEZ

Clark College in Lewiston, Idaho and because we live in Washington state, her education requires out-of-state tuition. I currently pay $1,500 every semester for her tuition and books. But a wage cut would make it impossible to continue covering those costs or to assist her with car payments, gas, food, or unexpected emergencies. The resulting harm to my family's health and safety cannot be remedied by an injunction against the IFR that comes only on a final judgment entered many months from now.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 18, 2025, in Sunnyside, Washington.

/s/ *Fortino Lopez*

3
DECLARATION OF FORTINO LOPEZ