UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED FARM WORKERS, *et al.*,

    Plaintiffs,

    v.

THE UNITED STATES DEPARTMENT OF LABOR;

LORI CHAVEZ-DEREMER, in her official capacity as Secretary of Labor;

LORI FRAZIER BEARDEN, in her official capacity as Acting Assistant Secretary for Employment and Training

    Defendants

Civil Case No.: 1:25-cv-01614-KES-SKO

**DECLARATION OF CRISANTO SERRANO**

## <u>DECLARATION OF CRISANTO SERRANO</u>

I, Crisanto Serrano, declare as follows:

1. I am a U.S. citizen and have worked as a farmworker for 45 years.

2. I have worked picking potatoes and transporting produce from the field to warehouses for the last four years. In addition, I have worked in fruit-packing factories, operated forklifts in cherry and mushroom facilities, performed construction, and driven a combine in the hop fields.

3. I have generally worked 8 hours a day, often in inclement weather while working in the hops. In cold conditions, my hands freeze and I experience asthma attacks that force me to stop working to catch my breath. In the summer, I also suffer asthma attacks. However, because during the summer I operate a combine in the hop fields, stopping due to an asthma attack can be dangerous. If I were to accidentally hit a lever or move the steering wheel during an attack it would continue driving without my control. Even routine tasks, such as pulling the hoses through

the hop fields require significant physical force to cut the plants and remove hoses, this exertion often triggers additional asthma attacks.

4. I currently live and work in Sunnyside, Washington.

5. My last hourly wage was $20 in Washington. This was for the role of a Machine Operator, where the Adverse Effect Wage Rate (AEWR) was $19.82.

6. Under the IFR, the AEWR applicable to my last job would have been $16.53, which is a cut of 16.6% to the AEWR and a cut of 17.35% of what I last received.

7. I anticipate continuing to seek employment as a farmworker.

8. I have worked alongside H-2A workers and have held positions that often are filled by H-2A workers. In the future, I anticipate seeking positions that could likewise potentially be filled by H-2A workers, such as driving combines, operating machinery, driving small semi-trucks, and driving tractors.

9. I anticipate continuing to seek positions where I would operate machinery and driving tractors. Prior to the Interim Final Rule ("IFR"),[1] the AEWR applicable to those roles would have been $19.82, but under the IFR, the AEWRs would be $16.53.

10. The anticipated cuts to my wages due to the IFR will substantially and irreparably harm me and my family. Those wage cuts will negatively impact my ability to pay for food, housing, and transportation. Those wage cuts would also impact my ability to cover living expenses and expenses relating to health care. As a farmworker, I do not have health insurance and cannot afford routine medical care. Instead, when I experience a severe asthma attack, I am forced to seek emergency treatment at the hospital, where I require a respirator to help me breathe, along with injections, IV fluids, and medicine to control the attack. These asthma attacks occur at least

---

[1] 90 Fed. Reg. 47914 (Oct. 2, 2025).

twice a year, and each emergency visit costs approximately $4,000. As a result, I have $18,000 in medical debt, with no realistic way to pay the debt.

11. To manage my asthma on a daily basis, I must purchase my medication Salmeterol for $150 every 3 months and an asthma inhaler for $110 each month. At times, especially during the winter, the inhaler does not last the entire month because I need to use it frequently, sometimes requiring me to purchase two inhalers in the same month. My medication is essential to my survival. With the wage cuts, I would be forced to choose between paying for my medication and buying groceries. Currently, I spend approximately $300 on food and gas, and nearly the rest of my income goes toward covering my medical needs. The resulting harms to my health and safety cannot be remedied by an injunction against the IFR that comes only on a final judgment entered many months from now.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 18, 2025, in Sunnyside, Washington.

/s/ _Crisanto Serrano_

---
3
DECLARATION OF CRISANTO SERRANO