UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE UNITED STATES DEPARTMENT OF LABOR;<br><br>LORI CHAVEZ-DEREMER, in her official capacity as Secretary of Labor;<br><br>LORI FRAZIER BEARDEN, in her official capacity as Acting Assistant Secretary for Employment and Training<br><br>    Defendants | Civil Case No.: 1:25-cv-01614-KES-SKO<br><br>**DECLARATION OF CLAUDIA GARCIA** |

## <u>DECLARATION OF CLAUDIA GARCIA</u>

I, Claudia Garcia, declare as follows:

1.  I am a U.S. citizen and have worked as a farmworker for 25 years.

2.  I have worked in picking and packing lettuce for the last 25 years.

3.  I have generally worked over 7-8 hours a day, often in extremely challenging conditions in extreme weather, rains, cold, doing repetitive motions that strains my knees, hands, waist, and wrists.

4.  I currently live and work in Salinas, California.

5.  My last hourly wage was $19.97 in California. This was for the role of a packager, where the Adverse Effect Wage Rate (AEWR) was $19.97.

6.  Under the Interim Final Rule ("IFR"), the AEWR applicable to my last job would have been $16.45, representing a cut of 17.6%.

7. I anticipate continuing to seek employment as a farmworker.

8. My employer hires H-2A workers and I have held positions that often are filled by H-2A workers working in the same fields as me. In the future, I anticipate seeking positions that could likewise potentially be filled by H-2A workers, such as a packager or picker.

9. I anticipate continuing to seek positions where I would be a packager and picker. Prior to the IFR,[1] the AEWR applicable to those roles would have been $19.97, but under the IFR, the AEWR would be $16.45.

10. The anticipated cuts to my wages due to the IFR will substantially and irreparably harm me and my family. Those wage cuts would make me unable to afford my rent and force me to cut expenses for food, bills, and other expenses. It would affect everything. I currently pay for the college education of my daughter, who is a freshman studying medicine. The wage cuts would make me unable to afford this, causing her to be unable to continue her studies. I would be unable to support my family. The resulting harms to my family's ability to have housing and food and for my daughter to pursue her education cannot be remedied by an injunction against the IFR that comes only on a final judgment entered many months from now.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 18, 2025, in Salinas, California.

/s/ *Claudia Garcia*

---

[1] 90 Fed. Reg. 47914 (Oct. 2, 2025).

DECLARATION OF CLAUDIA GARCIA