UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED FARM WORKERS, *et al.*,

    Plaintiffs,

    v.

THE UNITED STATES DEPARTMENT OF LABOR;

LORI CHAVEZ-DEREMER, in her official capacity as Secretary of Labor;

LORI FRAZIER BEARDEN, in her official capacity as Acting Assistant Secretary for Employment and Training

    Defendants

Civil Case No.: 1:25-cv-01614-KES-SKO

**DECLARATION OF IRENE MENDOZA**

### **DECLARATION OF IRENE MENDOZA**

I, Irene Mendoza, declare as follows:

1. I am a U.S. citizen and have worked as a farmworker for four years.

2. I have worked in packing, sorting, and picking green beans and potatoes for the last four years.

3. I have generally worked around 11-14 hours a day, often for many hours without breaks. In my experience, it is common for me and other similar farmworkers to work more than 40 hours per week.

4. My work is physically difficult. For example, a typical job I have done requires lifting heavy sacks of potatoes of 50 pounds, during early hours and until late at night. As part of my work, I have worked in cold storage warehouses where the weather was 30 degrees Fahrenheit for long hours, and have used chemicals to clean machines that are irritating to the skin and have caused chemical burns in my cornea.

5. I currently live and work in Weslaco, Texas but have also traveled to (and temporarily resided in) Wisconsin, Minnesota, Michigan, and Texas for farmworker positions.

6. My last promised hourly wage was $20 in Michigan, though I was ultimately paid only $17 per hour after my employer argued that they provided transportation and therefore that was reduced from my hourly salary, but they never told me that until the day before I received my paycheck, after six days of working.

7. Under the Interim Final Rule ("IFR")[1], the AEWR applicable to my last job would have been $13.78, representing a cut of 18.9% to the wage that I last received, representing a 31.1% cut of what my last employer offered me, and representing a cut of 24% to the AEWR.

8. I anticipate continuing to seek employment as a farmworker, and I have been, and will continue to be, willing to travel to different States for work, including Wisconsin, Minnesota, Michigan, Washington, Oregon, and Montana.

9. I have worked alongside H-2A workers and have held positions that often are filled by H-2A workers. In the future, I anticipate seeking positions that could likewise potentially be filled by H-2A workers, such as pickers.

10. I anticipate continuing to seek positions where I would be a picker. Prior to the IFR,[2] the AEWR applicable to those roles would have been $18.15, but under the IFR, the AEWR would be $13.78 in Michigan.

11. The anticipated cuts to my wages due to the IFR will substantially and irreparably harm me and my family. Those wage cuts will negatively impact my ability to pay for food; housing; transportation; and healthcare, home, vehicle, and life insurance in several of the states where I

---

[1] 90 Fed. Reg. 47914 (Oct. 2, 2025).

[2] *Id.*

DECLARATION OF IRENE MENDOZA

would potentially work. Those wage cuts would also impact my ability to cover living expenses and expenses relating to health care and my children's education. I would have to choose to pay for some of these expenses and not pay for other expenses because I simply would not have enough. My quality of life would be impacted by my inability to pay for healthcare costs. For healthcare insurance, I pay $54 a month for general coverage and $25 for heart-related insurance. I have a heart condition that requires me to take two medications to address heart failure, metoprolol and ivabradine, that are both filled monthly and that I have to take twice a day. One of them is $600 without insurance and the other one is in the thousands but with healthcare insurance, I pay $100 for each.

12. I also use a Continuous Positive Airway Pressure (CPAP) machine to help me breathe at night, because, without it, my brain would be unable to connect with my heart. It would cost $3,000 but I bought it for $200 with insurance. My doctor recommends that the masks for the CPAP machine be changed every 3-6 months, with each change costing $150 without insurance. Insurance covers the change of masks annually. This means that in order to follow my doctor's recommendation, I need to pay $150, 2-3 times per year in order to maintain my breathing and life at night. I also need an inhaler throughout the day, which costs $200 a month. While it varies, this month I have three procedures and one surgery coming up. I have an upcoming heart surgery that would be $15,000 without insurance; an upcoming biopsy that would be $350 without insurance; an upcoming colonoscopy; and for these procedures, anesthesia would cost $1,000 without insurance. Any wage cuts would prevent my ability to afford my healthcare insurance, which would impact my non-temporary, life-time need for healthcare and my actual life.

13. In addition to the expenses for my healthcare insurance, deductibles, and co-pays, I also have expenses for my child's healthcare insurance and for their school expenses, such as school

DECLARATION OF IRENE MENDOZA

supplies and uniforms. All of this would be impacted by wage cuts. The resulting harms to the health and safety of me and my family cannot be remedied by an injunction against the IFR that comes only on a final judgment entered many months from now.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 12, 2025, in Weslaco, Texas.


/s/ Irene Mendoza

DECLARATION OF IRENE MENDOZA