**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

|  |  |
|---|---|
| UNITED FARM WORKERS, *et al.*, | Civil Case No.: 1:25-cv-1614 |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING MOTION FOR A SECTION 705 STAY AND PRELIMINARY INJUNCTION** |
| UNITED STATES DEPARTMENT OF LABOR; | |
| LORI CHAVEZ-DEREMER, in her official capacity as Secretary of Labor; | |
| LORI FRAZIER BEARDEN, in her official capacity as Acting Assistant Secretary for Employment and Training | |
| Defendants. | |

The Court **GRANTS** Plaintiffs' Motion for a Section 705 Stay and Preliminary Injunction, which the Court has carefully considered together with the Defendants' Opposition thereto and the relevant statutory, case, and other authorities. It is hereby **ORDERED** that the Interim Final Rule (90 Fed. Reg. 47914) is hereby **STAYED** and the Department of Labor is hereby **ENJOINED** from taking any action to implement the Interim Final Rule. It is also hereby **ORDERED** that Plaintiffs and the Department of Labor shall file a joint status report within two weeks of the issuance of this order concerning the steps the Department of Labor will take to promptly begin calculating Adverse Effect Wage Rates in a permissible manner. It is further **ORDERED** that no security is required to pay the costs and damages sustained by DOL in the event that it is found to have been wrongfully enjoined. *See* Fed. R. Civ. P. 65(c).

Because DOL is only required to comply with its existing regulations, DOL will not sustain costs or damages as a result of the preliminary injunction.

**IT IS SO ORDERED.**


Dated: _____

_____
United States District Judge