Kuntal Cholera*
Tom Plotkin*
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5367
kcholera@cov.com
tplotkin@cov.com
*Admitted pro hac vice

Alexandra Schulte (CABN 290664)
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
202-718-0483
Alexandra.mctague2@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| *United Farm Workers et al.*, | No. 1:25-cv-1614 |
| Plaintiffs, | **STIPULATION TO A BRIEFING SCHEDULE; ORDER** |
| v. | |
| *U.S. Department of Labor et al.,* | |
| Defendants. | |

Plaintiffs, by and through their counsel, and Defendants, by and through their counsel, hereby stipulate to the following briefing schedule to resolve the preliminary injunction motion filed in the above-entitled action:

Defendants' Opposition:					January 22, 2025

Plaintiff's Reply:					February 5, 2025

The parties respectfully submit that the extension is warranted in light of the winter holidays, which may in turn impact counsel and client availability.

The parties are available for a hearing at the Court's convenience.

Dated:  December 23, 2025                    By: *Kuntal Cholera*

                                               Kuntal Cholera*
                                               Tom Plotkin*
                                               Covington & Burling LLP
                                               850 Tenth Street, NW
                                               Washington, DC 20001
                                               (202) 662-5367
                                               kcholera@cov.com
                                               tplotkin@cov.com
                                               *Admitted *pro hac vice*

Dated:  December 23, 2025                    BRETT A. SHUMATE
                                               Assistant Attorney General
                                               Civil Division

                                               GLENN M. GIRDHARRY
                                               Acting Deputy Director
                                               Office of Immigration Litigation

                                               By:  *Alexandra Schulte* (with permission)
                                               ALEXANDRA SCHULTE (CABN 290664)
                                               Senior Litigation Counsel
                                               U.S. Department of Justice
                                               Civil Division
                                               Office of Immigration Litigation
                                               P.O. Box 868 Ben Franklin Station
                                               Washington, D.C. 20044
                                               202-718-0483
                                               Alexandra.mctague2@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

|  |  |
|---|---|
| *United Farm Workers et al.*, | No. 1:25-cv-01614-KES-SKO |
| Plaintiffs, | **ORDER** |
| v. |  |
| *U.S. Department of Labor et al.*, |  |
| Defendants. |  |

Based on the parties' stipulation and good cause appearing, the Court HEREBY adopts the following briefing schedule for the plaintiffs' preliminary injunction motion, Doc. 21, in this case:

Defendants' Opposition: January 22, 2026

Plaintiffs' Reply: February 5, 2026

Given this revised briefing schedule, the hearing on plaintiffs' motion, currently set for January 22, 2026, is vacated and the motion will be taken under submission upon the filing of plaintiff's reply. The hearing may be reset if the Court determines that oral argument is warranted.

IT IS SO ORDERED.

Dated:   December 30, 2025

UNITED STATES DISTRICT JUDGE