BRETT A. SHUMATE
Assistant Attorney General
Civil Division

GLENN M. GIRDHARRY
Acting Deputy Director
Office of Immigration Litigation

ALEXANDRA SCHULTE (CABN 290664)
Senior Litigation Counsel
U.S. Department of Justice Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
202-718-0483
Alexandra.mctague2@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| *United Farm Workers et al.*, | No. 1:25-cv-1614-KES-SKO |
| Plaintiffs, | **MOTION FOR EXCESS PAGES** |
| v. | **FOR OPPOSITION BRIEF; and** |
|  | **PROPOSED ORDER** |
| *U.S. Department of Labor et al.*, | Briefing Deadline: Jan. 22, 2026 |
| Defendants. | |

:25-cv-1614-

Defendants respectfully move this court for an order granting them leave to file an opposition brief of 35 pages, rather than 25. In support of this motion, Defendants state as follows:

1. Defendants' opposition to Plaintiffs' motion for a preliminary injunction is due tomorrow, January 22, 2026.

2. Defendants have been working diligently on their brief but have realized that they need an additional 10 pages. The reason for the request is that Plaintiffs challenge an Interim Final Rule published

by the Department of Labor which spans 50 Federal Register Pages. *See Adverse Effect Wage Rate Methodology for the Temporary Employment of H–2A Nonimmigrants in Non-Range Occupations in the United States,* 90 Fed. Reg. 47914-47963 (Oct. 2, 2025). The IFR addresses the methodology to calculate H-2A temporary farmworker wages, and Plaintiffs challenge it on six different grounds. The government has worked diligently to draft a concise brief, but given the complexity of the subject matter, the number of arguments raised by Plaintiffs which the government must rebut, the other injunction factors that must be addressed, the problematic nature of the relief requested by Plaintiffs, and the fact that the government also believes Plaintiffs lack standing, the government is unable to fully address the relevant issues and fully rebut the Plaintiffs' arguments in 25 pages. Accordingly, the government respectfully requests an additional 10 pages, for a total of 35 pages, to respond to Plaintiffs' motion for a preliminary injunction.

3. The government emailed Plaintiffs' counsel who indicated that they oppose this request.

WHEREFORE, the government respectfully requests leave to file an opposition brief of 35 pages.

Dated: January 21, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

GLENN M. GIRDHARRY
Acting Deputy Director
Office of Immigration Litigation

By: */s/ Alexandra Schulte*
ALEXANDRA SCHULTE (CABN 290664)
Senior Litigation Counsel
U.S. Department of Justice Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
202-718-0483
Alexandra.mctague2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| *United Farm Workers et al.*, | No. |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| *U.S. Department of Labor et al.*, | |
| Defendants. | |

Based on the Defendants' motion, the Court hereby GRANTS the requested relief. Defendants may file a 35 page brief in opposition to Plaintiffs' Motion for a Preliminary Injunction.:

IT IS SO ORDERED.

Dated: January ___, 2026

_____
Honorable Kirk E. Sherriff
U.S. District Judge
Eastern District of California