UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF LABOR, et al.,<br><br>    Defendants. | No.  1:25-cv-01614-KES-SKO<br><br>ORDER GRANTING IN PART DEFENDANTS' MOTION TO EXCEED PAGE LIMITATIONS<br><br>Doc. 25 |

On December 22, 2025, plaintiffs filed a motion for a stay and preliminary injunction preventing defendants United States Department of Labor, Lori Chavez-DeRemer, and Lori Frazier Bearden from implementing or otherwise taking any action to enforce an Interim Final Rule issued by the Department of Labor and published in the Federal Register on October 2, 2025.  Doc. 21.  The parties stipulated to a briefing schedule, which the Court ordered on December 31, 2025.  Doc. 23.  Defendants' opposition to the motion is due on January 22, 2026. *Id.*

On January 21, 2026, defendants filed a motion for leave to file an opposition brief of 35 pages, exceeding the applicable page limit by 10 pages.  Doc. 25.  In support of their request, defendants state that "given the complexity of the subject matter, the number of arguments, the other injunction factors that must be addressed, the problematic nature of the relief requested by

1

Plaintiffs, and the fact that the government also believes Plaintiffs lack standing," they are "unable to fully address the relevant issues and fully rebut the Plaintiffs' arguments in 25 pages." *Id.* at 2.  Plaintiffs oppose defendants' request for an additional 10 pages for their opposition brief.  Doc. 26.  To the extent defendants are permitted an additional 10 pages for their opposition brief, plaintiffs request an additional 10 pages for their reply brief.  *Id.* at 1–2.

Having considered the parties' submissions, the Court grants defendants' request to file a 35 page brief in opposition to plaintiffs' motion.  The Court grants plaintiffs a corresponding 10 page extension for their reply brief; plaintiffs may file a reply brief of up to 25 pages.

IT IS SO ORDERED.

Dated:   January 21, 2026

UNITED STATES DISTRICT JUDGE

2