

United States District Court
Eastern District of California

| United Farm Workers, et al. |
| --- |

Plaintiff(s)

Case Number: 1:25-cv-01614-KES-SKO

V.

| The United States Department of Labor, et al. |
| --- |

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Christopher James Schulte _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
United Farm Workers, et al.

On _____ 05/07/2012 _____ (date), I was admitted to practice and presently in good standing in the US District Court of the District of Columbia _____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: February 23, 2026    Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: Christopher James Schulte

Law Firm Name: Fisher & Phillips LLP

Address: 1401 New York Ave NW

Ste 400

City: Washington   State: DC   Zip: 20005

Phone Number w/Area Code: (202) 559-2440

City and State of Residence: Fairfax, VA

Primary E-mail Address: schulte@fisherphillips.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Rebecca Hause-Schultz

Law Firm Name: Fisher & Phillips LLP

Address: 621 Capitol Mall

Suite 2400

City: Sacramento   State: CA   Zip: 95814

Phone Number w/Area Code: (916) 210-0400   Bar # 292252

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 2/27/2026

*Sheila K. Oberto*

JUDGE, U.S. DISTRICT COURT