

# United States District Court
# Eastern District of California

| United Farm Workers, et al. |
| --- |

Plaintiff(s)

Case Number: | 1:25-cv-1614-KES-SKO |
| --- |

V.

| U.S. Department of Labor, et al. |
| --- |

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Leon R. Sequeira

hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Amicus Curiae, The North Carolina Chamber

On _____09/27/2000_____ (date), I was admitted to practice and presently in good standing in the

_____Supreme Court of Missouri_____ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date:_____02/21/2026_____          Signature of Applicant: /s/ __Leon R. Sequeira__

**Pro Hac Vice Attorney**

Applicant's Name:     Leon R. Sequeira

Law Firm Name:     Sequeira Bilby PLLC

Address:     106 Progress Drive

City: Frankfort    State: KY    Zip: 40601

Phone Number w/Area Code: (202) 255-9023

City and State of Residence: Prospect, Kentucky

Primary E-mail Address: leon@sequeirabilby.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:     Jeanne Marie Malitz

Law Firm Name:     Malitzlaw, Inc.

Address:     1295 Scott Street

City: San Diego    State: CA    Zip: 92106

Phone Number w/Area Code: (616) 269-6150    Bar # 149159

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 2/27/2026        *Sheila K. Oberto*

                                JUDGE, U.S. DISTRICT COURT