# UNITED STATES DISTRICT COURT

Eastern  **District of**  California

United Farm Workers et al.

Plaintiffs,

V.

U.S. Department of Labor et al.

Defendants,

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**  1:25-CV-1614-KES

Notice is hereby given that, subject to approval by the court,  U.S. Department of Labor et al.  substitutes
(Party (s) Name)

Patrick Keating , State Bar No.  MD 2211140001  as counsel of record in place
(Name of New Attorney)

place of  Alexandra McTague Schulte (CABN 290664) .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | United States Department of Justice, Civil Division, Federal Programs Branch |
| Address: | 1100 L St. N.W. Washington, D.C. 20005 |
| Telephone: | 202 598 0256        Facsimile  202 616 8470 |
| E-Mail (Optional): | Patrick.k.keating@usdoj.gov |

I consent to the above substitution.

Date:  4/13/26

MATTHEW BERNT  Digitally signed by MATTHEW BERNT
Date: 2026.04.13 12:36:41 -04'00'
(Signature of Party (s))

I consent to being substituted.

Date:  4/13/26

ALEXANDRA MCTAGUE  Digitally signed by ALEXANDRA MCTAGUE
Date: 2026.04.13 10:58:17 -04'00'
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:  4/13/26

PATRICK
KEATING  Digitally signed by PATRICK KEATING
Date: 2026.04.13 12:41:48 -04'00'
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  4/20/2026

*Sheila K. Oberto*
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**