

# United States District Court
# Eastern District of California

| UNITED FARM WORKERS, et al. |
| --- |

Plaintiff(s)

V.

| US DEPARTMENT OF LABOR, et al. |
| --- |

Defendant(s)

Case Number: | 1:25-cv-1614-KES-EGC |
| --- |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Nathan Leys _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Proposed amici curiae former Secretaries of Labor Hilda Solis and Martin Walsh

On _____ 11/20/2023 _____ (date), I was admitted to practice and presently in good standing in the _____ District of Columbia _____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: _____ 07/08/2026 _____     Signature of Applicant: /s/ Nathan Leys

**Pro Hac Vice Attorney**

Applicant's Name: Nathan Leys

Law Firm Name: FarmSTAND

Address: 712 H St. NE

Suite 2534

City: Washington    State: DC    Zip: 20002

Phone Number w/Area Code: (202) 595-8816

City and State of Residence: Washington, DC

Primary E-mail Address: nathan@farmstand.org

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kelsey R. Eberly

Law Firm Name: FarmSTAND

Address: 712 H St. NE

Suite 2534

City: Washington    State: DC    Zip: 20002

Phone Number w/Area Code: (202) 595-8816    Bar # CABN 301025

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 9, 2026

_Erin Sny Castllo_

JUDGE, U.S. DISTRICT COURT