

# United States District Court
# Eastern District of California

| United Farm Workers, et al. |
|---|

Plaintiff(s)

Case Number: | 1:25-cv-1614 |

V.

| U.S. Department of Labor, et al. |
|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Ryan Virgil Petty _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

State Amici, California, Minnesota, et al.

On _____10/25/2019_____ (date), I was admitted to practice and presently in good standing in the

_____Minnesota Supreme Court_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____07/01/2026_____     Signature of Applicant: /s/ Ryan V. Petty _____

**Pro Hac Vice Attorney**

Applicant's Name: Ryan Virgil Petty

Law Firm Name: Office of the Minnesota Attorney General

Address: 445 Minnesota St

City: St. Paul        State: MN    Zip: 55101

Phone Number w/Area Code: (651) 300-7828

City and State of Residence: Golden Valley, MN

Primary E-mail Address: ryan.petty@ag.state.mn.us

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Nathanael Van Duzer

Law Firm Name: California Department of Justice

Address: 1515 Clay St.

City: Oakland        State: CA    Zip: 94612-1499

Phone Number w/Area Code: (510) 879-3944        Bar # 352998

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 9, 2026

_____
JUDGE, U.S. DISTRICT COURT