Kuntal Cholera*
Tom Plotkin*
Mark Andrews-Lee*
Christina Coleburn*
Lindsay Williams*
Sela Carrington**
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001
kcholera@cov.com
*Admitted pro hac vice
**Pro hac vice application forthcoming

*Attorneys for Plaintiffs*

*(additional counsel listed on signature page)*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

UNITED FARM WORKERS, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF LABOR;

KEITH E. SONDERLING, in his official capacity as Acting Secretary of Labor;

LORI FRAZIER BEARDEN, in her official capacity as Acting Assistant Secretary for Employment and Training

Defendants.

Civil Case No.: 1:25-cv-1614

**JOINT STATUS REPORT PURSUANT TO COURT ORDER (ECF NO. 108)**

Pursuant to this Court's October 2, 2026 Order, the parties respectfully submit this Joint Status Report. *See* ECF No. 108 at 3.

In its Order filed August 26, 2026, the Court held the 2025 interim final rule ("2025 IFR") unlawful, without vacating it. ECF No. 99 at 27-28. The Court ordered Defendants, on remand, "to promptly produce a new methodology for calculating Adverse Effect Wage Rates ('AEWRs') for H-2A workers that is consistent with [its] Order, and to promptly publish new AEWRs under that methodology." *Id*. at 28. The Court also retained jurisdiction and directed the parties to submit an initial status report within two weeks detailing Defendants' initial steps toward producing the new methodology, their anticipated timeline for its issuance, and the parties' proposed schedule for further status reports. *Id*.

In its September 17 Order, the Court explained that remand without immediate vacatur had anticipated that the Department of Labor ("DOL" or "the Department") would promptly produce a new interim methodology consistent with the August 26 Order, pending issuance of a final rule. ECF No. 103 at 2. The Court directed the parties to file a further report by September 28, 2026, addressing two issues: (1) "the appropriate additional timeline for the Department of Labor to promptly issue a new interim methodology consistent with the [Court's August 26, 2026 Order], pending the ultimate issuance of a final rule"; and (2) "whether the IFR should be vacated prior to or upon the issuance of such new interim methodology." *Id*. at 3.

In its October 2 Order, the Court directed DOL to "issue a new interim final rule by December 30, 2026" and it held that "[t]he IFR is vacated effective December 30, 2026." *Id*. The Court also ordered the parties to submit a joint status report on October 22, "and every three weeks thereafter until the issuance of a new interim final rule." *Id*.

The Parties set forth their status updates below.

## I. Department of Labor's Entry

The Department of Labor respectfully maintains its objection to the requirement in paragraph 1 of the Court's October 2, 2026 Order that it issues a new interim final rule by a date certain. ECF No. 108

at 3. Without waiving that objection, the Department is working diligently and in good faith toward issuance of a new IFR establishing a replacement AEWR methodology by December 30, 2026.

In furtherance of these efforts, DOL is drafting the preamble and regulatory text of the replacement IFR, evaluating relevant alternatives regarding data that could be used to calculate the AEWRs, and continuing internal consideration of other revisions to the 2025 AEWR IFR in light of the Court's August 26, 2026 Order.

While this work is underway, the Department has also initiated consultation with the Department of Homeland Security and the Department of Agriculture as part of the statutory consultation and approval process required by section 301(e) of the Immigration Reform and Control Act of 1986, as amended, 8 U.S.C. § 1188 note. *See* ECF No. 104 at 4 (describing the statutory consultation and approval process).

The Department is proceeding expeditiously with these drafting, analytical, and interagency efforts. The Department will continue to update the Court on its progress through the required joint status reports and will promptly advise the Court of any material development affecting the anticipating timing of issuance.

## II. UFW's Entry

UFW understands that DOL is working towards complying with the Court's order requiring DOL to issue a new interim final rule by December 30, 2026, and that DOL currently does not anticipate any issue in meeting that deadline. Based on that understanding, UFW seeks no relief in this joint status report. Once the new interim final rule is released, the parties may have to litigate whether that interim final rule is consistent with the reasoning in the Court's August 26, 2026 order, and UFW will seek an appropriate backpay order.

UFW will continue to coordinate with DOL prior to the next joint status report, which is due on November 12, 2026.

DATED: October 22, 2026

Respectfully submitted,

/s/ *Kuntal Cholera*
Kuntal Cholera*
Tom Plotkin*
Mark Andrews-Lee*
Christina Coleburn*
Lindsay Williams*
Sela Carrington**
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5367
kcholera@cov.com
tplotkin@cov.com
mandrewslee@cov.com
ccoleburn@cov.com
liwilliams@cov.com
scarrington@cov.com
*Admitted *pro hac vice*
***Pro hac vice* application forthcoming

Mario Martinez, Esq.
Edgar Aguilasocho, Esq.
Martinez Aguilasocho Law, Inc.
P.O. Box 1998
Bakersfield, CA 93303
Phone: 661-859-1174 | Fax: 661-840-6154
mmartinez@farmworkerlaw.com
eaguilasocho@farmworkerlaw.com
info@farmworkerlaw.com

Lori Johnson*
Rebecca Rosefelt*
Farmworker Justice
1126 16th St. NW, Suite 507
Washington, DC 20036
ljohnson@farmworkerjustice.org
rrosefelt@farmworkerjustice.org
*Admitted *pro hac vice*

Verónica Meléndez (SBN 294106)
Cecilia Guevara Langberg (SBN 307159)
California Rural Legal Assistance Foundation
2210 K Street, Suite 201
Sacramento, CA 95816
Tel: (916) 446-7905
Fax: (916) 446-3057

vmelendez@crlaf.org
cguevarazamora@crlaf.org

*Attorneys for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

BRAD P. ROSENBERG
Chief Litigation Counsel
Federal Programs Branch

*/s/ Patrick Keating*
PATRICK K. KEATING (MD Bar No. 2211140001)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
(202) 598-0256
patrick.k.keating@usdoj.gov

*Counsel for Defendants*